IN THE UNITED STATES BANKRUPTCY COURT
For the  DISTRICT of MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:  7 |
| Robert L. Larson | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 07-60991 |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
HOUSEHOLD BANK (SB), N.A.
FURNITURE ROW

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HOUSEHOLD BANK (SB), N.A. be given and served with all notices given or required to be given in the case as follows:

HOUSEHOLD BANK (SB), N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 09/04/07
Account Number: ***************7140

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    HOUSEHOLD BANK (SB), N.A.
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com