Daniel P. McKay
Attorney for United States Trustee
Office of United States Trustee
301 Central Avenue, Suite 204
Great Falls, MT 59403
Phone: (406) 761-8777
Fax: (406) 761-8895
dan.p.mckay@usdoj.gov
I.D. No. 2422

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re | Case No. 07-60991-7 |
| ROBERT LAUREN LARSON and REGINA RENEE BROOKS-LARSON, | NOTICE OF RESIGNATION OF TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE |
| Debtors. | |

Donald W. Torgenrud has resigned as trustee in this case. Richard J. Samson is hereby appointed as the successor trustee. Unless the successor trustee notifies the United States Trustee and the Court in writing of rejection of this appointment within five (5) days after receipt of this notice, the successor trustee shall be deemed to have accepted the appointment.

DATED this 2nd day of October, 2007.

ILENE J. LASHINSKY
United States Trustee


By: /s/ Daniel P. McKay
    DANIEL P. MCKAY
    Attorney for United States Trustee