Certificate Number: 05701-MT-DE-002626351

Bankruptcy Case Number: 07-60991

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 3, 2007, at 12:50 o'clock PM MST,

Robert L Larson completed a course on personal financial management given by internet by

AAA Personal Finance Education,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Montana.

Date: October 3, 2007        By      /s/Katie Powers

                                                Name  Katie Powers

                                                Title  Client Care and Certificate Specialist

Certificate Number: 05701-MT-DE-002627120

Bankruptcy Case Number: 07-60991

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 3, 2007, at 6:54 o'clock PM MST,

Regina R Brooks-Larson completed a course on personal financial management given by internet by

AAA Personal Finance Education,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Montana.

Date: October 3, 2007     By    /s/Katie Powers

                          Name  Katie Powers

                          Title Client Care and Certificate Specialist