Richard J. Samson
CHRISTIAN, SAMSON, JONES & CHISHOLM, PLLC
Attorneys at Law
310 W. Spruce St.
Missoula, Montana  59802
Telephone: (406) 721-7772
Fax: (406) 721-7776
E-Mail: rjs@csjlaw.com
Attorney I.D. No.: 1904

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ROBERT LAUREN LARSON** | ) | Case No. **07-60991**-7 |
| **REGINA RENEE BROOKS-LARSON,** | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO REOPEN CASE

The Chapter 7 Trustee, Richard J. Samson, respectfully moves the Court to reopen the above-entitled case for the following reason: The Debtors have reported to the Trustee their receipt of an income tax refund for the year 2007 in an amount which justifies administration in this case.  Based on information and belief, it appears the case should be reopened and a Trustee appointed in order to collect and administer said asset.  This Motion is made pursuant to 11 U.S.C. § 350(b) and in accordance with Federal Rule of Bankruptcy Procedure 5010, in order to allow the proper administration of such asset.  Trustee further requests that the Court defer payment of the reopening fee until the time of final distribution of all funds are made in this case.

WHEREFORE, the Court is requested to enter an Order reopening the above-entitled

case, so that a trustee can be appointed to administer the Debtor's 2007 tax refund.

DATED this __3rd__ day of June, 2008.

CHRISTIAN, SAMSON, JONES & CHISHOLM, PLLC
Attorneys at Law
310 W. Spruce St.
Missoula, Montana  59802

By:_ /s/ Richard J. Samson_____
        Richard J. Samson
        Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the __3rd__ day of June, 2008, a copy of the foregoing Motion to Reopen Case was duly mailed by First Class Mail, postage prepaid, at Missoula, Montana, or served via CM/ECF, to the following:

Office of the U.S. Trustee
(Via ECF)

Gary Wolfe
(Via ECF)

_____ /s/ Richard J. Samson_____