# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**ROBERT LAUREN LARSON** and
**REGINA RENEE BROOKS-LARSON**,

Debtors.

Case No. **07-60991-7**

# O R D E R

At Butte in said District this 3rd day of June, 2008.

Pursuant to the Motion of the Trustee to Reopen Case filed June 3, 2008, and good cause appearing,

IT IS ORDERED that the Trustee's Motion to Reopen Case filed June 3, 2008, is granted; and the above-entitled case is reopened so that a trustee can be appointed to administer such assets as may exist that were not previously administered by the original trustee in this case.

IT IS FURTHER ORDERED that the reopening fee is due and payable at the time distribution of funds is made.

BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana